# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**ALEXIS BURKHOLDER,**

**Plaintiff,**

**v.**                                      **Case No. 26-CV-1092**

**UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES,** *et al.,*

**Defendants.**

---

## ORDER

---

On June 18, 2026, Alexis Burkholder filed a complaint requesting the court issue a writ of mandamus to compel the United States Citizenship and Immigration Services ("USCIS") to adjudicate a certain petition that she alleged had been subjected to unreasonable delay. (ECF No. 1.)

On July 6, 2026, Burkholder filed a "motion to dismiss" stating that the USCIS had since approved her petition and thereby resolved this case. (ECF No. 4.) She requests the court dismiss the case as moot. (*See id.*)

Federal Rule of Civil Procedure 41(a)(1)(A)(ii) authorizes a plaintiff to dismiss an action without a court order by filing a notice of dismissal before the opposing party

serves either an answer or a motion for summary judgment. Because the defendants have not yet appeared or filed an answer in this case, no court order is necessary.

**IT IS THEREFORE ORDERED** that Burkholder's motion to dismiss (ECF No. 4) is **DENIED AS MOOT**. The Clerk of Court shall construe her filing as a notice of dismissal and proceed to close the case consistent with the applicable federal rules.

Dated at Milwaukee, Wisconsin this 7th day of July, 2026.

_____
WILLIAM E. DUFFIN
U.S. Magistrate Judge